1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER NEMER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN JOSE DIVISION**

11 | DIRECTV, INC., a California corporation, | Case No.: CV-05-0005 PVT |

12 | Plaintiff, | Hon. Patricia V. Trumbull |

13 | vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT EDWARD CENTENO; [PROPOSED] ORDER THEREON** |

14 | EDWARD CENTENO, |

15 | Defendant. |

16

17        Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")

18 hereby respectfully requests that the Court enter an Order dismissing the above-captioned action

19 with prejudice as to Defendant EDWARD CENTENO ("Defendant"). This request is made on

20 the grounds that Defendant and DIRECTV have entered into an agreement settling this matter.

21 Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action

22 against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action

23 to date.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Defendant answered the Complaint on or about February 7, 2005.  DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

DATED: October 20, 2005

Respectfully Submitted,

BUCHALTER NEMER
A Professional Corporation

By: /s/ Brandon Q. Tran
Brandon Q. Tran
Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant EDWARD CENTENO filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant EDWARD CENTENO; and

2. Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED: *10/21/05*

Honorable Patricia V. Trumbull
United States District Court
Northern District of California

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.